**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANNA M. JONES, individually and as representative of the estate of and heir of Robert Wayne Jones, | Case No. 1:23-cv-01636 KES HBK |
| Plaintiffs, | ORDER GRANTING DEFENDANT WELLPATH'S MOTION TO DISMISS THE CLAIMS AGAINST IT, WITHOUT PREJUDICE |
| v. | Doc. 50 |
| COUNTY OF FRESNO, et al., | |
| Defendants. | |

Wellpath, LLC seeks dismissal of the claims raised against it due to its discharge order from the Bankruptcy Court for the Southern District of Texas. Doc. 50. Wellpath asserts the bankruptcy court has exclusive jurisdiction over its Chapter 11 bankruptcy plan, and all related matters, and as a result this Court "must dismiss all of Plaintiff's causes of action asserted against Wellpath." Doc. 50 at 3 (emphasis omitted). Wellpath requests dismissal of "all of Plaintiff's claims against it with prejudice." *Id.* at 4.

Plaintiff does not oppose dismissal, but "request[s] that any dismissal be specified as without prejudice to the submission of a claim made against the Wellpath LLC Liquidating Trust established by the bankruptcy court." Doc. 51 at 1-2. Plaintiff observes, "Such claims are the sole means of recourse against Wellpath as per the approved reorganization plan." *Id.*

The parties agree the pending claims against Wellpath should be dismissed. In addition,

1

Wellpath acknowledges that "Plaintiff is required to liquidate her claims against Wellpath, LLC pursuant to the terms of the confirmed Chapter 11 Plan and Trust Distribution Procedures." Doc. 50 at 3. For this reason, the Court finds dismissal *without* prejudice to Plaintiff pursuing her claims through the bankruptcy court procedures is appropriate. *See Sutton v. Kelly*, 2025 WL 2463824, at *1-2 (D. Mont. Aug. 27, 2025) (dismissing claims made against Wellpath employees in a civil action, and indicating the plaintiff must pursue the claims in the bankruptcy court).

The Court **ORDERS**:

1. Wellpath's motion to dismiss is **GRANTED** in part.

2. Plaintiff's claims against Wellpath are **DISMISSED without prejudice** to Plaintiff pursuing a claim under the terms outlined in the Chapter 11 Plan and Trust Distribution Procedures in the Bankruptcy Court.

3. The Clerk of Court is directed to update the docket and terminate Wellpath as a defendant.

IT IS SO ORDERED.

Dated:   March 30, 2026

_____
UNITED STATES DISTRICT JUDGE

2